

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00111-CV

---

ELAINE WOOD                                                    APPELLANT

V.

HSBC BANK USA, NATIONAL                                        APPELLEE
ASSOCIATION, AS TRUSTEE FOR
CERTIFICATEHOLDERS OF
DEUTSCHE ALT-A SECURITIES
MORTGAGE LOAN TRUST,
SERIES 2007-1 MORTGAGE PASS-
THROUGH CERTIFICATES
SERIES 2007-1

------------

#### FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
#### TRIAL COURT NO. 2016-000896-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On September 15, 2016, we notified appellant that her brief had not been

filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R.

App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution

---

[1]*See* Tex. R. App. P. 47.4.

unless appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL: LIVINGSTON, C.J.; WALKER and MEIER, JJ.

DELIVERED: October 27, 2016